# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0010. KENNETH JOHNSON et al., v. BRANDEN BELL et al.**

The Applicants have timely moved for an extension of time to file their application for discretionary appeal. The motion is hereby GRANTED. *See* OCGA § 5-6-39 (a) (5); Court of Appeals Rule 31 (i). The Applicants shall file their application by September 18, 2017.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  09/07/2017
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*